IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00142-MR-WCM

| | |
|---|---|
| CINDA FUSSELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| | ) |
| SANOFI-AVENTIS U.S. LLC; and | ) |
| SANOFI US SERVICES INC. | ) |
| *formerly known as* | ) |
| Sanofi-Aventis U.S. Inc. | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 12) filed by Daniel K. Bryson. The Motion indicates that Mr. Bryson, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of J. Christopher Elliott, who the Motion represents as being a member in good standing of the Bar of Colorado. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 12) and **ADMITS** J. Christopher Elliott to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 12, 2023

W. Carleton Metcalf
United States Magistrate Judge