IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00142-MR-WCM

| | | |
|---|---|---|
| CINDA FUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| SANOFI-AVENTIS U.S. LLC; and | ) | |
| SANOFI US SERVICES INC. | ) | |
| *formerly known as* | ) | |
| Sanofi-Aventis U.S. Inc. | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 17) filed by Eric Goodheart. The Motion indicates that Mr. Goodheart, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Christopher S. McRae, who the Motion represents as being a member in good standing of the Bar of Missouri. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 17) and **ADMITS** Christopher S. McRae to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: June 12, 2023

W. Carleton Metcalf
United States Magistrate Judge