# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL CASE NO. 1:23-cv-00142-MR

| | | |
|---|---|---|
| CINDA FUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| SANOFI-AVENTIS U.S. LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Transfer Order received from the United States District Court for the Eastern District of Louisiana [Doc. 9].

In light of the Transfer Order, the Court will require the parties to conduct an attorneys' conference and thereafter to file a report advising the Court of the status of these proceedings, particularly identifying the parties and issues that remain for trial, as well as identifying any pretrial matters that remain to be completed. Additionally, the parties shall propose a schedule for the filing of motions *in limine* and an estimate of how long this case will take to try. Upon receipt of the parties' report, the Court will enter a Pretrial Order and Case Management Plan setting this matter for trial.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an attorneys' conference as soon as practicable but no later than **July 31, 2023,**

and that the parties shall file a status report with the Court no later than **August 7, 2023**.

    IT IS SO ORDERED.

Signed: July 11, 2023

Martin Reidinger
Chief United States District Judge