IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00142-MR-WCM

| | |
|---|---|
| CINDA FUSSELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SANOFI-AVENTIS U.S. LLC, ) <br> and SANOFI US SERVICES INC., ) <br> ) <br> Defendants. ) <br> _____ ) | **MEMORANDUM OF** <br> **DECISION AND ORDER** |

**THIS MATTER** is before the Court on the Defendants' Motion for Judgment on the Pleadings [Doc. 27] and the Magistrate Judge's Memorandum and Recommendation [Doc. 48] regarding the disposition of that motion.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the Defendants' Motion for Judgment on the Pleadings.

On March 12, 2024, the Magistrate Judge entered a Memorandum and Recommendation, recommending that the Defendants' Motion for Judgment on the Pleadings [Doc. 48] be granted and that the Plaintiff's claims be dismissed as untimely. [Doc. 27 at 13]. The parties were advised that any

objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After careful review of the Magistrate Judge's Memorandum and Recommendation, the Court finds that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendations.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 48] is **ACCEPTED.**

**IT IS FURTHER ORDERED** that the Defendants' Motion for Judgment on the Pleadings [Doc. 27] is **GRANTED** and the Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

Signed: March 28, 2024

Martin Reidinger
Chief United States District Judge